An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOE VALDEZ, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

Appellant,

vs.

COX COMMUNICATIONS LAS VEGAS,
INC,

Respondent.

No. 65383

**FILED**

FEB 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER GRANTING MOTION AND DISMISSING APPEAL

On November 12, 2014, this court entered an order reinstating briefing and directing appellant to file the opening brief and appendix within 60 days. *See* NRAP 31(a)(1)(B). Appellant did not file his brief within the time allowed. Additionally, respondent has filed a motion to dismiss on the grounds that appellant has failed to file an opening brief. To date, appellant has failed to file the opening brief, oppose the motion, or otherwise communicate with this court. We conclude that appellant has abandoned this appeal, and we grant respondent's motion and dismiss the appeal. *See* NRAP 31(d).

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04324

cc:  Hon. Kenneth C. Cory, District Judge
     Leon Greenberg Professional Corporation
     Chamberlain Hrdicka
     Duane Morris LLP/Las Vegas
     Eighth District Court Clerk